# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY FRIESON, | CASE NO. 1:12-cv-01320-SMS |
| Plaintiff, | |
| v. | ORDER AUTHORIZING SERVICE OF COMPLAINT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

On September 17, 2012, Plaintiff Timothy Daniel Frieson submitted an amended complaint in this matter. The Court, having screened the amended complaint pursuant to 28 U.S.C. § 1915(a), finds that it states a cognizable claim and that service of the complaint upon the Commissioner is now appropriate. Accordingly, the Clerk of Court is hereby directed to issue the summons and scheduling order.

IT IS SO ORDERED.

**Dated:   October 2, 2012**              /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE